**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

VALERIE MONTOYA,

        Plaintiff,

v.                                                CV No. 19-1204 JB/CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

**ORDER GRANTING IN PART UNOPPOSED MOTION
TO EXTEND BRIEFING DEADLINES**

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 15), filed May 11, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand shall be filed no later than **May 18, 2020**, Defendant's Response shall be filed no later than **July 17, 2020**, and Plaintiff may file a Reply no later than **July 31, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE